Commonwealth *v.* Burton, Appellant.

Submitted September 12, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

OPINION PER CURIAM: The order of the lower court is

reversed, and the record is remanded for appointment of counsel to represent appellant in his pursuit of relief under the Post Conviction Hearing Act. See *Commonwealth v. Smith*, 459 Pa. 583, 330 A.2d 851 (1975); *Commonwealth v. Jones*, 236 Pa. Superior Ct. 145, 344 A.2d 504 (1975).